**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| JOHN LOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-01546-APM |
| ) | |
| NOT-FOR-PROFIT HOSPITAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, Plaintiff John Lott and Defendant Not-For-Profit Hospital Corporation, by their respective counsel, represent that this matter has been resolved and stipulate, pursuant to Rule 41, Fed.R.Civ.P., to dismiss this matter with prejudice, with each party to bear their own costs and fees.

DATE: August 6, 2019                Respectfully submitted,
                                    John Lott
                                    By Counsel

                                    /s/     *A.J. Dhali*
                                    A.J. Dhali (DC Bar No. 495909)
                                    Dhali PLLC
                                    1828 L. Street, N.W., Suite 600
                                    Washington, D.C.  20036
                                    Telephone: (202) 556-1285
                                    Facsimile: (202) 351-0518
                                    ajdhali@dhalilaw.com

                                    *Counsel for Plaintiff*

                                    Not-For-Profit Hospital Corporation
                                    By Counsel

                                    /s/ *Michael E. Barnsback*

Michael E. Barnsback (D.C. Fed. Bar No. VA015)
O'Hagan Meyer PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(703) 775-8601 Telephone
(703) 775-8610
mbarnsback@ohaganmeyer.com

*Counsel for Defendant*